# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*May 02, 2025*

Nathan Ochsner, Clerk of Court

United States of America )
v. )
Angel David SALAS-Herrera (YOB 2006 / Mexico) )
)
)
)
)

Case No. M-25-0945-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2, 2025__ in the county of __Hidalgo and Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sections 553 | Export of Stolen Motor Vehicles |

This criminal complaint is based on these facts:
Please see Attachment A

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: May 02, 2025, at 5:25 pm

City and state: McAllen, Texas

/s/ Bryan Engle
*Complainant's signature*

Bryan Engle, FBI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Nadia S. Medrano
*Printed name and title*

Attachment A

On May 2, 2025, I, FBI Special Agent, Bryan Engle received information from Texas Department of Public Safety ("DPS") Criminal Investigations Division ("CID") Agents regarding Angel David SALAS-Herrera ("SALAS") (YOB: 2006). Based on discussions with DPS CID, I learned the following:

A DPS Highway Patrol Trooper encountered a Jeep Gladiator reported stolen from Edinburg, Texas in Cameron County, Texas on May 2, 2025. The Trooper attempted to conduct a traffic stop on the Gladiator which led to a chase that eventually terminated when the Gladiator crashed near a residence in Brownsville, Texas. Law enforcement on scene identified Salas as an occupant of the vehicle and a juvenile as the driver of the vehicle. During a search of the vehicle, law enforcement officers located multiple key fobs, an access device utilized to reprogram key fobs, and a Glock pistol in the Gladiator. The pistol was previously reported stolen.

During a post-Miranda interview of SALAS, SALAS stated that the pistol was obtained during the theft of a stolen vehicle. SALAS that he was involved in the theft of the Gladiator. SALAS stated that he intended to export the stolen Gladiator to Mexico to the Gulf Cartel in exchange for payment. SALAS stated he was not aware that the Gulf Cartel was designated as a foreign terrorist organization. SALAS also provided the location of two additional stolen vehicles that were intended to be exported to Mexico. The vehicles were subsequently recovered by law enforcement.